**FILED**

**01/03/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

_Stephen S Hart_ )
_(Full name of plaintiff(s))_ )
_____ )
_____ )
_____ )
           )
        v.        )    Cause No. _1:23-cv-019-SEB-TAB_
           )              _(to be supplied by clerk of court)_
_Mark Severe_ )
_(Full name of defendant(s))_ )
_WARDEN_ )
           )
_NCF_ )

## A. PARTIES

1. Plaintiff is a citizen of _Indiana_ , and is located at
_(State)_
_1000 Van Nuys Rd New Castle IN_
_(Address of prison or jail)_ _47362_

_(If more than one plaintiff is filing, list address on another piece of paper)_

2. Defendant _Mark Severe_
_(Bane)_

Is (if a person or private corporation) a citizen of _Indiana_
_(State, if known)_

and (if a person) resides at _1000 Van Nuys Rd New Castle_
(Address, if known)         _IN 47362_

and (if the defendant harmed you while performing defendant's job) worked for

_N.C.F. 1000 Van Nuys Rd New Castle_
(Employer's name and address if known)     _IN 47362_

(If you need to list more defendants, use another page)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know

On the ongoing period of 2022 to current the Warden, Mr Mark Severe at NCF has deliberately and intentionally refused and kept from myself, religeous Items including herbs, prayer Accessories, etc... Detrimental to my Native American walk of life. This is in violation of U.S. Constitution Rights, RLUIPA, etc... (see enclosed table of Authoities) I have exhausted all Administrative, Local, and State Remidies and have been discriminated against

and denied access on every
remedy level.

Table Of Authorities:

1) RLUIPA - Religeous Land Use &
Institutionalized Persons Act:

2) RFRA - Religeous freedom Restoration Act:
42 U.S.C. § 2000 cc-5 (7) (A)

3) 1996 Clinton Executive Order - Providing
more security for sacred Native American
religeous rights:

4) U.S. Justice Department Prison Project-
Special Litigation Section Civil Rights Div:
950 Pennsylvania Ave NW Washington DC 20530

5) Federal Bureau Of Prisons -

6) U.S. Department Of Justice-
Institutions Regulations Committee:

7) ACLU - National Prison Project -
125 Broad Street 18th Fl New York NY 10004

8) Non Baring of Religeous Material-
Sutton v. Rasheed, 323 F.3d 236, 250-58, 2003:

9) Petition To Sue - BP-A0822 -

Table Of Authorities:

10) Dept. Of Corrections Rights Committee

11) Non Banning Of Religeous Objects & Other Religeous Matereals - Sasnett v. Litscher, 197 F.3d 290, 292  7th Cir. 1999

12) Bureau Of Prisons- Technical Reference Manual - TRM - T5360.01

13) Religeous Beliefs & Practices  Program Statement - RBP- P5360-09

14) Allowance Of Incarcerated Individuals to sue for Money damages for Violations of rights - Centro Familiar Cristiano Buenas Nuevas v. City Of Yuma 651 F.3d 1163, 1169, 9th Cir. 2011

15) Code Of Federal Regulations Rule-Section 548.15 - Religeous Rights

16) Religeous Freedom Restoration Act - 103-141-107 Statute, number 1488 protects the free excercise of religeon.

# Table Of Authorities:

17) Not Automaticaly Finding Of Insincerity To Faith- Reed v. Faulkner, 842 F. 2d 960, 963 7th Cir. 1988

18) Indiana Attorney General - Consumer Complaint Form R5/12-17

19) United States Attorney General -
5137 Robert F Kenedy Bldg
10th & Constitution Ave NW Washington DC 20530

20) Indiana Dept. Of Corrections -
Indiana Government Center South Rm W479
Indianapolis IN 46204

21) Human Rights Defense Center -
Kathy Moses  P.O. Box 1151 Lake Worth Beach
FL 33460    561-360-2523

22) Americans With Disabilities Act -

23) Indiana Dept. Of Corrections - Policies; Proceedures

24) United States Constitution

25) Indiana State Constitution

## C.  JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☑    I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 750,000 . ᵒᵒ

## D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

I pray the court grant me proper access to obtain and hold my religeous items and herbs so I may properly practice my relgeous beliefs. And for the monitery amount asked for be rewarded so I may be compensated for loss of rights to freely practice my religeous beliefs and heratige ways of life.

E.  JURY DEMAND

☐  Jury Demand – I want a jury to hear my case

OR

☒  Court Trial – I want a judge to hear my case

Dated this _28th_ day of _December_ , 20 22

Respectfully Submitted,

_____
Signature of Plaintiff

_106096_
Plaintiff's Prison ID Number

_1000 Van Nuys Rd_
Plaintiff's Mailing Address

_New Castle IN 47362_

*(If more than one Plaintiff, use an additional piece of paper)*

F.  CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE



I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐    I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.