UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN S. HART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00019-SEB-TAB ) |
| MARK SEVERE, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 5/1/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

STEPHEN S. HART
106096
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362